USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
KATHY WU AND ON BEHALF OF ALL  :
OTHER PERSONS SIMILARLY SITUATED,  :
                            Plaintiff,  :
                                             :  18-cv-5107 (VEC)
            -against-  :
                                             :  ORDER
AVENUE STORES, LLC.  :
                           Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 16, 2018 (Dkt. 14), the parties notified the Court that they reached a settlement in principle; and

      WHEREAS on August 20, 2018 (Dkt. 15), the Court ordered that this action would be dismissed unless one or more parties filed a letter by May 21, 2018 requesting that the action not be dismissed; and

      WHEREAS no party has filed a letter requesting that this action not be dismissed;

      IT IS HEREBY ORDERED THAT this case is DISMISSED.  The Clerk is respectfully directed to terminate all open motions and to close the case.

**SO ORDERED.**

Date: September 28, 2018              _____
      New York, New York           **VALERIE CAPRONI**
                                        **United States District Judge**